114 So.2d 567

## UNITED STATES STEEL CORP.

v.

**Willie L. GLASGOW and Dept. of Ind. Rel.**

**6 Div. 305.**

Supreme Court of Alabama.

Feb. 12, 1959.

Burr, McKamy, Moore & Thomas, Birmingham and Hill, Hill, Stovall & Carter, Montgomery, for petitioner.

Cooper, Mitch, Black & Crawford, Birmingham, opposed.

MERRILL, Justice.

This is one of four related cases (the other three being United States Steel Corp. v. Wood, Ala., 114 So.2d 551,[1] United States Steel Corp. v. Baxley, Ala., 114 So.2d 554,[2] United States Steel Corp. v. Curry, Ala., 114 So.2d 532[3] in which we granted certiorari to the Court of Appeals. On authority of United States Steel Corp. v. Wood, Ala., 114 So.2d 551,[1] the judgment of the Court

3. Post, p. 8.

of Appeals is due to be reversed and the cause remanded to that court.

Reversed and remanded.

All the Justices concur.